UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Nicoll,                                                       Civil No. 11-2065 (DWF/JSM)

          Plaintiff,

v.                                                                               **ORDER ADOPTING REPORT
                                                                                    AND RECOMMENDATION**

Tom Roy, Commissioner of Corrections,

          Defendant.

---

Jeffrey Nicoll, *Pro Se*, Plaintiff.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 4, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis*, (Doc. Nos. [4] and [6]), is **DENIED**;

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely the full $350, in accordance with 28 U.S.C. § 1915(b)(2); and

4.     The dismissal of this action is counted as a "strike" against Plaintiff for purposes of 28 U.S.C. § 1915(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 24, 2011          s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge